ANDREW A. MURDOCK, Respondent, *v.* MAX S. GRIFENHAGEN, Appellant.

*Sheriffs — fees fixed by section* 3307 *of Code of Civil Procedure — illegal exactment of poundage on discharge of warrant of attachment.*

*Murdock* v. *Grifenhagen,* 182 App. Div. 919, affirmed.

(Argued April 20, 1920; decided May 4, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1918, affirming a determination of the Appellate Term, which reversed a judgment of the Municipal Court of the city of New York in favor of defendant, entered upon a dismissal of the complaint and directed judgment in favor of plaintiff. The action was brought against defendant, a former sheriff, to recover a sum exacted by him from plaintiff's assignor as poundage on releasing a warrant of attachment. Defendant claimed that he was entitled as sheriff to the poundage under chapter 523 of the Laws of 1890, as amended by chapter 418 of the Laws of 1892, against the contention of the appellant that that part of the 1890 statute so amended was repealed by the amendment to section 3307 of the Code of Civil Procedure effected by chapter 565 of the Laws of 1915. The Appellate Term held that it was the intention of the Legislature, by the act of 1915, to put all of the law fixing sheriff's fees in section 3307 of the Code of Civil Procedure and, that section making no provision for poundage where a warrant of attachment is discharged

by order of the court, that the defendant was not entitled to the sum exacted.

*A. S. Gilbert, David Cohen* and *Jerome E. Malino* for appellant.

*William P. Burr, Corporation Counsel (John F. O'Brien* of counsel), for city of New York.

*George W. Olvaney* for Alfred E. Smith, former sheriff of New York county.

*J. Hampden Dougherty, Jr.,* and *John W. Schoenfeld* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.